▮ NORMAN F. NAWROCKI, JR., Appellant, v MICHAEL TADIC et al., Respondents. (Appeal No. 2.) [608 NYS2d 138] — Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, D'Amico, J.—Set Aside Verdict.) Present—Callahan, J. P., Green, Balio, Lawton and Boehm, JJ.

▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARNEY L. FRANCIS, Appellant. [608 NYS2d 903] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.

▮ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL ABDULLAH, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, et al., Respondents. [608 NYS2d 902] —Judgment unanimously affirmed. Memorandum: Habeas corpus relief is not a proper remedy where the issues raised in the petition were, or could have been, raised on direct appeal or by a CPL article 440 motion *(see, People ex rel. Willette v Coughlin,* 184 AD2d 926, *lv denied* 80 NY2d 759; *People ex rel. Van Patten v Walker,* 174 AD2d 1058, *lv denied* 78 NY2d 859). Further, Supreme Court did not err in dismissing the petition without first requiring respondents to serve a return. A return is required only *after* the petition has been granted and the court has issued a writ of habeas corpus *(see,* CPLR 7006 [a]). (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.